**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
E.S., obo, D.A.M.S.,

                    Plaintiff,                    22 **CIVIL** 345 (GRJ)

      -v-                                          **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 27, 2023, the Commissioner is GRANTED Judgment on the Pleadings and this case is DISMISSED; accordingly, the case is closed.

**Dated:**  New York, New York
        March 28, 2023

                                                    **RUBY J. KRAJICK**

                                                    _____
                                                        **Clerk of Court**

                           **BY:**        *K. Mango*

                                                        _____
                                                        **Deputy Clerk**